**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL B. WILLIAMS, | No. 18-15265 |
| Plaintiff-Appellant, | D.C. No. 1:13-cv-01253-DAD-MJS |
| v. | MEMORANDUM[*] |
| AUDREY KING, Executive Director, Coalinga State Hospital; COALINGA STATE HOSPITAL, | |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted July 10, 2018[**]

Before: CANBY, W. FLETCHER, and CALLAHAN, Circuit Judges.

Michael B. Williams, a civil detainee under California's Sexually Violent

Predator Act, appeals pro se from the district court's judgment dismissing his 42

U.S.C. § 1983 action alleging due process claims arising from his detention. We

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 28 U.S.C. § 1291.  We review de novo a district court's dismissal under the *Younger* abstention doctrine.  *ReadyLink Healthcare, Inc. v. State Comp. Ins. Fund*, 754 F.3d 754, 758 (9th Cir. 2014).  We affirm.

The district court properly dismissed Williams's action under the *Younger* abstention doctrine because federal courts are required to abstain from interfering with pending state court proceedings if all of the requirements for abstention are met, and no exception to abstention applies.  *See id.* at 758-59 (setting forth requirements for *Younger* abstention in civil cases).  We reject as without merit Williams's contention that extraordinary circumstances render *Younger* abstention inapplicable in his case.

We do not consider documents not filed with the district court.  *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990) ("Documents or facts not presented to the district court are not part of the record on appeal.").

Williams's motion for appointment of counsel and to consolidate cases (Docket Entry No. 7) is denied.

**AFFIRMED.**

18-15265